1 | MELINDA HAAG (CABN 132612)
United States Attorney
2 | THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
3 | Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
4 | Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
5 | San Francisco, California 94102-3495
Telephone: (415) 436-7000
6 | FAX:         (415) 436-7009

7 | Attorneys for United States

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,            )  No. 13-3339 SC
                                        )
13 |         Petitioner,                 )
                                        )  NOTICE OF DISMISSAL
14 |              v.                     )
                                        )
15 | SELLAM ISMAIL,                      )
                                        )
16 |         Respondent.                 )
    _____    )
17

18 | COMES NOW the petitioner, United States of America, by its undersigned counsel,

19 | pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and submits this

20 | Notice of Dismissal.

21

22 |                                          MELINDA HAAG
                                             United States Attorney
23

24 |                                          /s/ Cynthia Stier
                                             CYNTHIA STIER
25 |                                          Assistant United States Attorney
                                             Tax Division
26

27

28

IT IS SO ORDERED
09/12/2013
Judge Samuel Conti