1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7000
6  FAX:        (415) 436-7009

7  Attorneys for United States

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )   No. 13-3339 SC
                                       )
13            Petitioner,              )
                                       )   NOTICE OF DISMISSAL
14            v.                       )
                                       )
15  SELLAM ISMAIL,                     )
                                       )
16            Respondent.              )
    _____)

17

18  COMES NOW the petitioner, United States of America, by its undersigned counsel,

19  pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and submits this

20  Notice of Dismissal.

21

22                                 MELINDA HAAG
                                   United States Attorney

23

24                                 /s/ Cynthia Stier
                                   CYNTHIA STIER
25  09/12/2013                     Assistant United States Attorney
                                   Tax Division

26

27

28

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA